IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COUNTY OF AMADOR, CALIFORNIA,

    Plaintiff,                    No. CIV S-07-527 LKK EFB

    vs.

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,

    Defendants.           <u>ORDER</u>

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: March 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE