IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IONE BAND OF MIWOK INDIANS,
et al,

    Plaintiffs,

    v.   CIV. NO. S-90-993 LKK/PAN

HAROLD BURRIS, et al,

    Defendants.
_____/
COUNTY OF AMADOR, CALIFORNIA,

    Plaintiff,

    v.   CIV. NO. S-07-527 LKK/GGH

THE UNITED STATES DEPARTMENT
OF THE INTERIOR, et al,
                                 RELATED CASE ORDER

    Defendants.
_____/

    The court has received the Notice of Related Cases filed March 16, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).

////

1

1    Because the cases are already assigned to the same district
2 judge, this order is issued for informational purposes only and
3 shall have no effect on the status of the cases.  The magistrate
4 judge assigned to Civ. S-07-527 LKK is Gregory G. Hollows.[1]
5    IT IS SO ORDERED.
6    DATED: March 23, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The magistrate judge who was assigned to the earlier case has since retired.

2