IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, ) | Case No. 2:07-cv-00527-LKK-GGH |
| ) | |
| Plaintiff, ) | ORDER EXTENDING TIME |
| vs. ) | |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR; DIRK KEMPTHORNE, ) | |
| SECRETARY OF THE UNITED STATES ) | |
| DEPARTMENT OF THE INTERIOR; CARL ) | |
| J. ARTMAN, ASSISTANT SECRETARY- ) | |
| INDIAN AFFAIRS; and JAMES E. CASON, ) | |
| ASSOCIATE DEPUTY SECRETARY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the parties' Stipulation for Extension of Time pursuant to Fed.R.Civ.P. 6(b) and L.R. 6-144. Upon consideration of the Stipulation, on this 15th day of May, 2007,

IT IS SO ORDERED that, the Stipulation be ENTERED, that the Defendants shall have until June 29, 2007, to respond to plaintiff's Complaint, that Plaintiff shall have until August 13, 2007 to file an opposition to defendants' responsive pleading if defendants file a motion.

IT IS FURTHER ORDERED that the Scheduling Conference, currently set for May 29, 2007, is continued to August 13,  2007 at 1:30 p.m..

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT