IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, | Case No. 2:07-cv-00527-LKK-GGH |
| Plaintiff, | ORDER EXTENDING TIME |
| vs. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; CARL J. ARTMAN, ASSISTANT SECRETARY- INDIAN AFFAIRS; and JAMES E. CASON, ASSOCIATE DEPUTY SECRETARY, | |
| Defendants. | |

This matter is before the Court on the parties' Second Stipulation for Extension of Time pursuant to Fed.R.Civ.P. 6(b) and L.R. 6-144. Upon consideration of the Stipulation, on this 25th day of June, 2007,

IT IS SO ORDERED that, the Stipulation be ENTERED, that the defendants and defendant-intervenor Ione Band shall have until July 17th, 2007, to respond to plaintiff's Complaint, and that plaintiff shall have until September 7th, 2007, to file an opposition to defendants' and/or defendant-intervenor's responsive pleading(s) if defendants and/or defendant-intervenor file a motion(s).

IT IS FURTHER ORDERED that the Status Conference, currently set for August 13, 2007 at 1:30 is continued, and will be re-calendared as appropriate.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT