UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COUNTY OF AMADOR, CALIFORNIA,

        Plaintiff,

    v.

THE UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; CARL J. ARTMAN, ASSISTANT SECRETARY OF INDIAN AFFAIRS; and JAMES E. CASON, ASSOCIATE DEPUTY SECRETARY OF INDIAN AFFAIRS,

        Defendants.

                                           /

NO. CIV. S-07-527 LKK/GGH

O R D E R

Pending on the court's July 2, 2007 law and motion calender is a motion to intervene by the Ione Band of Miwok Indians in the above captioned case. The motion is unopposed. For the reasons set forth in the motion filed by the Ione Band of Miwok Indians, the motion is GRANTED. The hearing set for July 2, 2007 is accordingly VACATED.

////

1

1   IT IS SO ORDERED.

2   DATED:  June 26, 2007.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2