1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9
COUNTY OF AMADOR,
10   CALIFORNIA,

11                                        NO. CIV. S-07-527 LKK/GGH
              Plaintiff,
12
         v.
13                                        O R D E R
THE UNITED STATES DEPARTMENT
14   OF THE INTERIOR; DIRK KEMPTHORNE,
SECRETARY OF THE UNITED STATES
15   DEPARTMENT OF THE INTERIOR;
CARL J. ARTMAN, ASSISTANT
16   SECRETARY OF INDIAN AFFAIRS; and
JAMES E. CASON, ASSOCIATE DEPUTY
17   SECRETARY OF INDIAN AFFAIRS,

18            Defendants.

19   _____/

20         A status conference in the above captioned case is

21   hereby SET for October 1, 2007 at 2:00 p.m.

22         IT IS SO ORDERED.

23         DATED:  June 27 ,2007

24

25   _____
LAWRENCE K. KARLTON
SENIOR JUDGE
26   UNITED STATES DISTRICT COURT

                              1