# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, | Case No. 2:07-cv-00527 –LKK-GGH |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; CARL J. ARTMAN, ASSISTANT SECRETARY OF INDIAN AFFAIRS; and JAMES E. CASON, ASSOCIATE DEPUTY SECRETARY OF INDIAN AFFAIRS, | |
| Defendants; | |
| IONE BAND OF MIWOK INDIANS, | |
| Defendant-Intervenor. | |

This matter is before the Court on the Co-Defendants' Request for Continuation of Status Conference. Upon consideration of the Request, on this 17th day of August, 2007,

IT IS SO ORDERED that the Status Conference, currently set for October 1, 2007 at 2:00 p.m., is continued to December 3, 2007 at 10:00 a.m. Counsel shall file their status reports ten (10) days prior to the new status conference date.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# 4701263_v2