NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, ESQ. (S.B. NO. 63415)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
591 Redwood Highway, Bldg. 4000
Mill Valley, CA 94941
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874

NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
CATHY CHRISTIAN, ESQ. (S.B. NO. 83196)
1415 L Street, Suite 1200
Sacramento, CA 95814
Telephone:  (916) 446-6752
Facsimile:   (916) 446-6106

*Attorneys for Plaintiff*
COUNTY OF AMADOR, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA,<br><br>*Plaintiff*,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et. al.*,<br><br>*Defendants*;<br><br>IONE BAND OF MIWOK INDIANS,<br><br>*Defendant-Intervenor* | Case No. 2:07-CV-00527-LKK-GGH<br><br>**ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS**<br><br>JUDGE:  Hon. Lawrence K. Karlton<br>             (Courtroom No. 4) |

_____
[Proposed] ORDER CONTINUING                                                              CASE NO.  2:07-CV-00527-LKK-GGH
HEARING DATE ON MOTIONS TO DISMISS

1   This matter is before the Court on the parties' Stipulation for Continuance of Hearing on
2   Motions to Dismiss, pursuant to L.R. 83-143.  Upon consideration of the Stipulation, on this 27th
3   day of September, 2007,

4   IT IS SO ORDERED that the Stipulation be entered, and that the hearing, currently set for
5   October 22, 2007 at 10:00 a.m., is continued to December 7, 2007, at 10:00 a.m.  Any reply briefs
6   that Defendants and Defendant-Intervenor propose to file in support of their pending motions to
7   dismiss shall be filed on or before November 16, 2007, notwithstanding Local Rule 78-230(d).

8   The Status Conference, currently set for December 3, 2007, at 10:00 a.m., is continued to
9   December 7, 2007 at 10:00 a.m.  The parties must file their status reports on or before November
10  27, 2007.

11  DATED:  September 27, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT