```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11   COUNTY OF AMADOR, CALIFORNIA,
12             Plaintiff,
13                  v.                        CIV. NO. S-07-0527 LKK/GGH
14   THE UNITED STATES DEPARTMENT
     OF THE INTERIOR, et al.,
15
               Defendants.
16   _____/
     IONE BAND OF MIWOK INDIANS,
17   et al.,
18             Plaintiffs,
19                  v.                        CIV. NO. S-90-0993 LKK/PAN
20   HAROLD BURRIS, et al.,
21             Defendants.
22   _____/
23   ////
24   ////
25   ////
26   ////
```

```
 1  COUNTY OF AMADOR, CALIFORNIA,

 2          Plaintiff,

 3              v.                    CIV. NO. S-12-1710 JAM/CKD

 4  THE UNITED STATES DEARPTMENT
    OF THE INTERIOR, et al.,
 5                                    NON-RELATED CASE ORDER
            Defendants.
 6  _____/
```

Plaintiff has filed a Notice of Related Cases asserting that Civ. No. 2:12-cv-1710-JAM is related to Civ. Nos. 2:90-993-LKK and 2:07-cv-527-LKK.  The two latter cases were closed nearly sixteen (16) years ago, on September 4, 1996.  The court believes that relating the cases will not result in a substantial saving of judicial effort, nor avoid duplication of labor, as contemplated by E.D. Cal. R. 123(a)(3) and (4), and the court therefore **DECLINES** to relate them.

IT IS SO ORDERED.

DATED:  July 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT